UNITED STATES BANKRUPTCY COURT
District of Delaware

In re Derma Pen, LLC          ,                    Case No. 14-11894-KJC
          Debtor.                                   Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Durham Jones & Pinegar | Durham Jones & Pinegar<br>111 East Broadway<br>Suite 900<br>Salt Lake City, UT 84111<br>801-415-3000<br>Fax: 801-415-3500 | Professional Services | | $242,333.62 |
| Baker Donelson | Baker Donelson<br>c/o Chris Sloan<br>P.O. Box 190613<br>Nashville, TN 37219<br>615-726-5600<br>Fax: 615-726-0464 | Professional Services | Unliquidated | Unliquidated |
| 4Ever Young | 4Ever Young<br>Unit 832,<br>19-21 Crawford Street | Trade Debt | Contingent, Unliquidated, Disputed | $56,150.05 |

{00883273;v1 }

| | London W1H1PJ UK | | | |
|---|---|---|---|---|
| Jeremy Jones | Jeremy Jones<br>6880 S Creekcove Way<br>Midvale, UT 84047<br>801-244-4686 | Loan | | $30,273.66 |
| Patrick Henry International | Patrick Henry International<br>1831 Fort Union Blvd Salt Lake City, UT 84121<br>877-204-4341 | Trade Debt | | $19,450.00 |
| Cosmetic Skin Solutions | Cosmetic Skin Solutions<br>2701 Del Paso Road Suite 130-250 Sacramento, CA 95835<br>866-249-7817<br>Fax: 916-760-8509 | Trade Debt | | $17,312.80 |
| Florida State Tax Commission | Florida State Tax Commission<br>5050 West Tennessee Street Tallahassee, FL 32399-0100 | Taxes | | $15,536.65 |
| M. Anderer | M. Anderer<br>12308 Marblehead Dr.<br>Tampa, FL 33262 | Loan | | $7,633.92 |
| Illinois Department of Revenue | Illinois Department of Revenue<br>100 W Randolph St<br>Chicago, IL 60601 | Taxes | | $5,448.18 |
| Utah State Tax Commission | Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 84134 | Taxes | | $4,208.41 |
| Mike Johnson MD | Philosophers River Consultancy LLC<br>Mike Johnson MD<br>PO Box 106<br>Willow Creek, MT 59760 | Trade Debt | | $4,024.00 |
| Wilks Broadcast Group | Wilks Broadcast Group<br>720 South Colorado Blvd Suite 1200<br>North Denver, CO 80246<br>303-228-2052 | Trade Debt | | $3,900.00 |
| NC Department of Revenue | NC Department of Revenue<br>3340 Jaeckle Dr #202,<br>Wilmington, NC 28403 | Taxes | | $3,709.98 |

{00883273;v1 }

| Howl Media, LLC | Howl Media, LLC<br>2515 Hartford St Salt Lake City, UT 84106<br>801-897-4875 | Trade Debt | | $3,400.00 |
|---|---|---|---|---|
| Alphagraphics | Alphagraphics<br>2189 South 3200 West<br>West Valley City, UT 84119 | Trade Debt | | $3,226.59 |
| Colorado Department of Revenue | Colorado Department of Revenue<br>1375 Sherman Street<br>Denver, CO. 80261-0009 | Taxes | | $2,854.54 |
| State of Nevada Department of Taxation | State of Nevada Department of Taxation<br>Grant Sawyer Office Building, Suite 1300<br>555 E. Washington Ave.<br>Las Vegas, Nevada 89101 | Taxes | | $2,555.71 |
| Kendi Charls (Milton) | 4340 Highland Drive #304 SLC, UT 84124 | Loan | | $2,492.77 |
| Minnesota Department of Revenue | Minnesota Department of Revenue<br>14091 Baxter Dr,<br>Baxter, MN 56425 | Taxes | | $2,444.25 |
| Arizona Department of Revenue | Arizona Department of Revenue<br>PO Box 29032<br>Phoenix, AZ 85038-9032 | Taxes | | $2,381.84 |
| Wisconsin Department of Revenue | Wisconsin Department of Revenue<br>2135 Rimrock Rd<br>Madison, WI 53713 | Taxes | | $2,296.27 |

## DECLARATION UNDER PENALTY
## OF PERJURY ON BEHALF OF CORPORATION

Pursuant to 28 U.S.C. § 1746, I, Jeremy Jones, the Chief Operating Officer of the Debtor, declare under penalty of perjury that I have reviewed the consolidated list of creditors holding the 20 largest unsecured claims and that it is true and correct to the best of my information and belief.

Dated: August 8, 2014

*[signature]*

Jeremy Jones
Chief Operating Officer

{00883273;v1}