**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DERMA PEN, LLC, | ) | Case No. 14 – 11894 (KJC) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## <u>CREDITOR MATRIX</u>

{00883344;v1 }

Arizona Department of Revenue
PO Box 29032
Phoenix, AZ 85038-9032

Alabama Department of Revenue
50 N Ripley St
Montgomery, AL 36132

Colorado Department of Revenue
1375 Sherman Street
Denver, CO. 80261-0009

California Secretary of State
PO Box 944228
Sacramento, CA. 94244-2280

Florida State Tax Commission
5050 West Tennessee Street
Tallahassee, FL 32399-0100

Comptroller of Maryland
110 Carroll St
Annapolis, MD21411

Illinois Department of Revnue
100 W Randolph St
Chicago, IL 60601

Georgia Department of Revenue
1800 Century Blvd NE #12000
Atlanta, GA  30345

Kentucky Department of Revenue
501 High St,
Frankfort, KY 40601

IN Secretary of State
302 W. Washington Street, Room E018
Indianapolis, IN 46204-2700

Massachusetts Department of Revenue
436 Dwight St,
Springfield, MA 01103

Louisiana Department of Revenue
4100 Spring Valley Rd,
Dallas, TX 75244

Missouri Department of Revenue
301 E High St # 670
Jefferson City, MO 65101

Minnesota Department of Revenue
14091 Baxter Dr,
Baxter, MN 56425

Ohio Department of Taxation
4485 Northland Ridge Blvd.
Columbus, OH 43229

NC Department of Revenue
3340 Jaeckle Dr #202
Wilmington, NC 28403

State of Nevada Department of Taxation
Grant Sawyer Office Building, Suite1300
555 E. Washington Avenue
Las Vegas, Nevada 89101

Pennsylvania Department of Revenue
1854 Brookwood St
Harrisburg, PA 17104

Tennessee Department of Revenue
500 Deaderick Street
Nashville, TN 37242

State of New Jersey Department of Treasury
50 Barrack St
Trenton, NJ 08608

Utah State Tax Commission
210 N 1950
W Salt Lake City, UT 84134-0700

Texas Comptroller
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, Texas 78774

Washington State Department of Revenue
1657 Fowler St
Richland, WA 99352

Virginia Department of Taxation
1957 Westmoreland Street
Richmond, VA 23230

Wyoming Deparment of Revenue
122 W 25th Street, Herschler Bldg
Cheyenne, Wyoming 82002-0110

Wisconsin Department of Revenue
2135 Rimrock Rd
Madison, WI 53713

Alphagraphics
2189 South 3200 West
West Valley City, UT 84119

4Ever Young
4Ever Young unit 832
19-21 Crawford Street
London W1H1PJ UK

Bluefin Office Group
Salt Lake City Showroom
3030 South State
Salt Lake City, UT 84115

Baker Donelson
P.O. Box 190613
Nashville, TN 37219

Chad Milton
4340 Highland Drive #304
SLC, UT 84124

Bryce Milne
841 South 400 East #14
SLC, UT 84102

Comcast
PO Box 34744
Seattle, WA 98124-1744

Comcast
PO Box 34744
Seattle, WA 98124-1744

Crown Computing
PO Box 65394
Salt Lake City, UT 84117

Cosmetic Skin Solutions
2701 Del Paso Road Suite 130-250
Sacramento, CA 95835

Ernst & Young
3712 Solutions Center
Chicago, IL 60677-3007

Double R Services
11075 South State, Bldg 2 Suite 7a
Sandy, UT 84070 USA

Generoucity Marketing
230 North 1680 East, Suite I2
St. George, UT 84790

Four Star Plastics
6733 Mid Cities Avenue
Beltsville, MD 20705

Jeremy Jones
6880 S Creekcove Way
Midvale, UT 84047

Howl Media, LLC
2515 Hartford St
Salt Lake City, UT 84106

Known Host
1379 Dilworthtown Crossing
Suite 214
West Chester, PA 19382

Kendi Charls
4340 Highland Drive #304
SLC, UT 84124

Marzena Miezio
881 E Maple View Drive #23
SLC, UT 84106

M. Anderer
12308 Marblehead Dr.
Tampa, FL 33262508

Mike Johnson MD
Philosophers River Consultancy LLC
PO Box 106
Willow Creek, MT 59760

Medical Insight, Inc
130 Vantis, Suite 240
Aliso Viejo, CA 92656

Patrick Henry International
1831 Fort Union Blvd
Salt Lake City, UT 84121

NUVI
275 West 200 North Suite 310
Lindon, UT 84042

Scott Michaels
1450 N 1100 E Layton
UT 84040

SBR Technologies
2525 South 900
West Salt Lake City, UT 84117

Stewart Hennefer
6328 Kristian Pine Ln
Murray, UT 84123

Stephanie Reynolds
10291 S 1300 E #101
Sandy, UT 84094

Verizon Wireless
ATTN: Correspondence Team
PO Box 5029
Wallingford, CT 06492

Surge
810 East 10th Street
Lawrence, KS 66044

0883450;v1 }

Wilks Broadcast Group
720 South Colorado Blvd, Suite 1200
North Denver, CO 80246

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DERMA PEN, LLC | ) | Case No. 14–11894 (KJC) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### CERTIFICATION CONCERNING CREDITOR MATRIX

The debtor (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *Creditor Matrix* submitted herewith, pursuant to Local Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, formatted in portable document format, containing the list of creditors of the Debtor, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not and should not be deemed to constitute: 1) a waiver of any defense to any listed claims; 2) an acknowledgement of the allowability of any list claims; and/or 3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: August 8th, 2014

Signature: _____

Jeremy Jones
Chief Operating Officer

{00883371;v1 }