IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| DERMA PEN, LLC | ) | Case No. 14 – 11894 (KJC) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

| Holder | Name and Address of Owner(s) | Description of Equity Interest Owned |
|---|---|---|
| Michael Anderer | 11 Baymont Street #704 Clearwater Beach, FL 33767 | 26.12613% |
| Chad Milton | 4340 S. Highland Drive #304 Salt Lake City, UT 84124 | 26.12612% |
| Jeremy Jones | 6880 Creekcove Way Midale, UT 84047 | 16.21622% |
| Michael Morgan | 2282 E. 6450 South Cottonwood Heights, UT 84121 | 26.12612% |
| Erick Felsted | 1932 South 4800 South Heber City, UT 84032 | 5.40541% |

## DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS

I, Jeremy Jones, am Chief Operating Officer of Derma Pen, LLC, a Delaware LLC, the debtor in the above-captioned chapter 11 case (the "Debtor"), and in such capacity am familiar with the financial affairs of the Debtor. I declare under penalty of perjury that the foregoing List of Equity Security Holders of the Debtor is true and correct to the best of my knowledge, information, and belief.

Dated: August 8, 2014

*/s/ Jeremy Jones*
Jeremy Jones
Chief Operating Officer
Derma Pen, LLC, a Delaware LLC

{00883449;v1 }