IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Derma Pen, LLC[1] | : | Case No. 14-11894 (KJC) |
| | : | |
| Debtor. | : | |
| | : | |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of 11 U.S.C. §§ 101-1532 (as amended and applicable to the Bankruptcy Case, the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the law firms of Magleby & Greenwood, P.C. and Womble Carlyle Sandridge & Rice, LLP hereby enter their appearances in the above-captioned bankruptcy case (the "Bankruptcy Case") as counsel for 4EverYoung Limited ("4EverYoung") and Stene Marshall ("Marshall").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned request that copies of all notices, pleadings and all other papers required to be served in the Bankruptcy Case be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Case:

---

[1] The debtor in this chapter 11 bankruptcy case and the last four digits of the Debtor's federal tax identification number is 0866. The location of the Debtors' headquarters and the service address the Debtor is 4760 So. Highland Drive, #325, Salt Lake City, UT 84117.

| | |
|---|---|
| Christine T. Greenwood, Esq. | Mark L Desgrosseilliers, Esq. |
| Christopher M. Von Maack, Esq. | Ericka F. Johnson, Esq. |
| Magleby & Greenwood, P.C. | Womble Carlyle Sandridge & Rice, LLP |
| 170 South Main Street, Suite 850 | 222 Delaware Avenue, Suite 1501 |
| Salt Lake City, Utah 84101-3605 | Wilmington, DE 19801 |
| Telephone: 801-359-9000 | Telephone: (302) 252-4320 |
| Facsimile: 801-359-9011 | Facsimile: (302) 252-4330 |
| Email: greenwood@mgpclaw.com | Email: mdesgrosseilliers@wcsr.com |
| Email: vonmaack@mgpclaw.com | Email: erjohnson@wcsr.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Case and proceedings therein.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, consent to jurisdiction of the Bankruptcy Court over 4EverYoung or Marshall. Neither this Notice of Appearance, nor any subsequent appearance, pleading, claim, or suit, is intended to waive: (a) the rights of 4EverYoung or Marshall to have final orders in non-core matters entered only after de novo review by a federal district court judge; (b) the rights of 4EverYoung or Marshall to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretional withdrawal; (c) the rights of 4EverYoung or Marshall thereof to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; or (d) any other rights, claims, actions, defenses, setoffs, or recoupments to which 4EverYoung or Marshall are or may be entitled under any agreements, in

law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 11, 2014

        WOMBLE CARLYLE SANDRIDGE
        & RICE, LLP

*/s/ Mark L. Desgrosseilliers*

Mark L. Desgrosseilliers, Esq. (Del. Bar No. 4083)
Ericka F. Johnson, Esq. (Del. Bar No. 5024)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: mdesgrosseilliers@wcsr.com
Email: erjohnson@wcsr.com

-and-

MAGLEBY & GREENWOOD, P.C,
Christine T. Greenwood, Esq..
Christopher M. Von Maack, Esq.
170 South Main Street, Suite 850
Salt Lake City, Utah 84101-3605
Telephone: 801-359-9000
Facsimile: 801-359-9011
Email: greenwood@mgpclaw.com
Email: vonmaack@mgpclaw.com

*Counsel for 4EverYoung Limited and Stene Marshall*