UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| **DERMA PEN, LLC,** | : | Case No. 14-11894 (KJC) |
| | : | |
| Debtor | : | Re: docket nos. 95, 179, 208, |
| | : | |

## ORDER
## DISMISSING BANKRUPTCY CASE

AND NOW, this 19th day of December, 2014, upon consideration of the following motions:

(1) Motion of 4EverYoung Limited and Stene Marshall to Dismiss the Chapter 11 Bankruptcy Case Pursuant to Bankruptcy Code Section 1112(b) (D.I. 179) (the "Motion to Dismiss");

(2) Motion of 4EverYoung Limited and Stene Marshall to Transfer Venue of this Chapter 11 Bankruptcy Case Pursuant to 28 U.S.C. §§ 1408 and 1412 and Bankruptcy Rule 1014 (D.I. 95) (the "Motion to Transfer Venue"); and

(3) United States Trustee's Motion for Entry of an Order Converting or Dismissing the Chapter 11 Case (D.I. 208) (the "UST Motion to Dismiss")

and the responses thereto, and after an evidentiary hearing, and for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the Motion to Dismiss and the UST Motion to Dismiss are GRANTED;

(2)  the Motion to Transfer Venue is dismissed as moot; and

(3)  the hearing on various matters scheduled for December 23, 2014 at 10:30 a.m. is cancelled.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc:  The Honorable David Nuffer
     Garvin F. McDaniel, Esquire[1]

---

[1] Counsel shall serve a copy of this Memorandum and Order upon all interested parties and file a Certificate of Service with the Court.